**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Diana Bright, Respondent,

v.

Craig Jeremy Bright, Petitioner.

Appellate Case No. 2023-000626

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Beaufort County
Gerald C. Smoak, Jr., Family Court Judge

---

Memorandum Opinion No. 2025-MO-027
Heard December 10, 2024 – Filed February 5, 2025

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Jason Scott Luck, of Luck VI Ltd. Co., of Bennettsville, for Petitioner.

Bess Jones DuRant, of Sowell & DuRant, LLC, of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Bright v. Bright*, Op. No. 2023-UP-037 (S.C. Ct. App. filed Feb. 1, 2023). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, VERDIN, JJ., and Acting Justice Holly Huggins Wall, concur.**